**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOSEPH HESLIP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAPLES, INC. and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:18-cv-00715-JVS-KK<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(A)(1)** |

## ORDER

BASED ON THE PARTIES' JOINT STIPULATION FOR DISMISSAL, it is hereby ordered that the entire action is dismissed, with prejudice. Each party shall bear his or its own attorneys' fees and costs in this action.

**IT IS SO ORDERED**.

Dated: April 01, 2019

By: _____
HON. JAMES V. SELNA
JUDGE OF THE UNITED STATES
DISTRICT COURT